J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE MCCOLLOUGH, an individual;<br><br>Defendant. | Case No.: 2:10-cv-00799-PMP-PAL<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Thursday May 27, 2010 for copyright infringement against Andre McCollough ("Mr. McCollough"). Righthaven and Mr. McCollough have agreed to settle the matter by a written agreement.

    Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

1

Dated this eighth day of October, 2010.

                        RIGHTHAVEN LLC

                        By: /s/ J. Charles Coons
                        J. CHARLES COONS, ESQ.
                        Nevada Bar No. 10553
                        9960 West Cheyenne Avenue, Suite 210
                        Las Vegas, Nevada 89129-7701
                        Attorney for Plaintiff

  IT IS SO ORDERED.

  _____
  PHILIP M. PRO
  INITED STATES DISTRICT JUDGE

  Dated:  October 12, 2010.